UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. HARRELL, | No. 2:15-cv-0052 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The petition is fully briefed and submitted to the court for decision.

On November 18, 2015, petitioner filed a document in which he seeks permission to engage in discovery. However, petitioner fails to identify in general terms the information he seeks, provide the court with proposed discovery requests or explain his delay in seeking to engage in discovery. Because petitioner has not shown "good cause" for the court granting leave to conduct discovery as required under Rule 6 of the Rules Governing Section 2254 Cases, petitioner's request will be denied.

/////
/////
/////
/////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's November 18, 2015 "request for discovery" (ECF No. 22) is denied.

Dated:  November 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harr0052.disc